IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE,<br><br>Plaintiff,<br><br>v.<br><br>BASS PRO OUTDOOR WORLD, L.L.C., a Missouri limited liability company<br><br>Defendant. | Case No. 1:24-cv-11373<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Young B. Kim |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

DEFENDANT, Bass Pro Outdoor World, L.L.C., by and through counsel, submit this Notice of Settlement and advise the Court as follows:

1. On March 31, 2025, Magistrate Judge Kim granted the parties' agreed motion to extend deadlines and ordered the parties to submit by April 18, 2025 a detailed update on their settlement discussions. The parties failed to provide that update to the Court.

2. On April 19, 2024, the Court entered an order noting the parties failure to comply as described above and set new disclosure and discovery dates.

3. The parties have reached a settlement in principle and are working together on the written agreement.

4. Defendant requests that the Court enter an order granting the parties until Monday, May 26, 2025 to file a joint stipulation of dismissal.

1

Dated: April 25, 2025                              Respectfully submitted,

                                                Bass Pro Outdoor World, L.L.C., Bass Pro Outdoor World, L.L.C., Defendant

/s/ John O'Connor
John O'Connor
FORD HARRISON
180 N. Stetson Ave., Suite 1660
Chicago, IL 60601
T: (312) 332-0777
E: JOConnor@fordharrison.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the Defendant's **NOTICE OF SETTLEMENT** was filed electronically with the Northern District of Illinois on April 25, 2025 and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this Defendant's **NOTICE** was accomplished electronically through the ECF System on the following ECF registered filing users:

Angela C. Spears (aspears@casslawgroup.com)

By:   s/ John O'Connor
Attorney for the Defendant
John O'Connor

John O'Connor
IL ARDC #: 6205383
joconnor@fordharrison.com
180 North Stetson Avenue, Suite 1660
Chicago, IL 60601
(312) 960-6117 Telephone
(312) 332-6130 – Facsimile